AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FELIPE S.,
*Plaintiff*

v.                                                     Civil Action No.   1:21-CV-3149-TOR

COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:    The parties' Stipulated Motion for Remand (ECF No. 14) is GRANTED.  This case is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision with respect to Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge            THOMAS O. RICE            on the parties' Stipulated Motion for Remand (ECF No. 14).

Date:    May 19, 2022                              CLERK OF COURT

                                                   SEAN F. McAVOY

                                                   *s/ B. Fortenberry*
                                                   *(By) Deputy Clerk*

                                                   B. Fortenberry